8/5/2019 OPENonline

# Oregon Courts Advanced (Real-Time eCourt/Appellate) Name List Screen

**Please Note:** Do not use the Browser's Back Button.

SEARCH CRITERIA

**You Searched For:**  **Date/Time Searched:** 08/05/2019 12:56 PM
Court Location: **MARION**
Case #:     **19CV27285**

SEARCH RESULTS

## Case Header

```
Case NO. 19CV27285    Alma Garcia vs Victoria's Secret Stores, LLC, L Brands, Inc.
Case Type:       Tort - General
Date Filed:      06/18/2019
Location:        Marion
```

## Party Information

```
Defendant
  Name:         L Brands, Inc.

Defendant
  Name:         Victoria's Secret Stores, LLC

Plaintiff
  Name:         Garcia, Alma

Attorney - Plaintiff - Retained
  Name:         MICHAEL B DYE
  Phone #:      503 581-5562(W)
```

## Event Information

```
6/18/2019 Complaint
        Created: 06/19/2019 1:25 PM
            6/18/2019 Complaint - CM (4 pages)

6/18/2019
        Service
        Victoria's Secret Stores, LLC
        Unserved
        Created: 06/19/2019 1:25 PM

6/18/2019 Motion
        Created: 06/19/2019 1:25 PM
            6/18/2019 Motion - MO (2 pages)

6/18/2019 Assignment - Trial Judge (Judicial Officer: Broyles, Audrey J)
        emailed atty 6/20 @ 9: 53
        Created: 06/19/2019 1:53 PM
```

      <u>6/18/2019 Assignment - Trial Judge (1 page)</u>

6/18/2019
```
        Service
        L Brands, Inc.
        Unserved
        Created: 07/01/2019 4:32 PM
```

6/21/2019 Order - Disqualify (Judicial Officer: Prall, Tracy A)
```
        CMB
        Signed: 06/21/2019
        Created: 06/21/2019 2:08 PM
```
      <u>6/21/2019 Order - Disqualify (2 pages)</u>

6/25/2019 Order (Judicial Officer: Broyles, Audrey J)
```
        Recusal
        Signed: 06/25/2019
        Created: 06/25/2019 3:15 PM
```
      <u>6/25/2019 Order (1 page)</u>

6/25/2019 Assignment - Trial Judge (Judicial Officer: Armstrong, Sean E)
```
        Created: 06/25/2019 3:53 PM
```
      <u>6/25/2019 Assignment - Trial Judge (1 page)</u>

6/27/2019 Letter (Judicial Officer: Armstrong, Sean E)
```
        emailed with judge assignment 6/27/19
        Created: 06/27/2019 11:02 AM
```
      <u>6/27/2019 Letter (1 page)</u>

7/12/2019 Proof - Service
```
        Created: 07/23/2019 7:44 AM
```
      <u>7/12/2019 Proof - Service (3 pages)</u>

7/12/2019 Proof - Service
```
        Created: 07/23/2019 7:44 AM
```
      <u>7/12/2019 Proof - Service (3 pages)</u>

## Financial Information

```
Plaintiff Garcia, Alma
Total Financial Assessment                                        560.00
Total Payments and Credits                                        560.00
Balance Due as of 08/05/2019                                        0.00

06/19/2019    Transaction Assessment                              560.00
06/19/2019    xWeb Accessed eFile Receipt # 2019-557227 Garcia, Alma    (560.00)
```

*OPENonline cannot warrant or guarantee the accuracy or completeness of data. By accepting this transmission, users certify that they are in compliance with the FCRA and any other applicable federal, state and local laws. Users are responsible for the proper use of this account as stated in the certification of use and the Terms of Service Agreement. Any violation is grounds for termination and submission to the FTC or other appropriate agency.*
Copyright © 2008 - 2019 OPENonline LLC. All rights reserved. Use of this website signifies your agreement to the Terms of Service Agreement and Online Privacy Policy.

↑Top of Page

6/18/2019 2:32 PM
19CV27285

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| ALMA GARCIA, | ) |
| Plaintiff, | ) Case No. 19CV27285 |
| vs. | ) COMPLAINT FOR PERSONAL INJURIES |
| VICTORIA'S SECRET STORES, LLC, and L BRANDS, INC., | ) (Claim not subject to mandatory arbitration) |
| Defendant | ) CLAIM FOR $135,000 |

COMES NOW the Plaintiff, Alma Garcia, by and through her attorney, Michael B. Dye, and alleges as follows:

1.

At all times material herein, Defendant Victoria's Secret Stores, LLC, was a foreign limited liability company authorized to do business in the State of Oregon.

2.

At all times material herein, Defendant L Brands, Inc. was a foreign business corporation authorized to do business in the State of Oregon.

3.

At all times material herein, Defendant Victoria's Secret Stores, LLC, was a subsidiary of Defendant L Brands, Inc.

1 – COMPLAINT

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895

4.

At all times material herein, Defendants' owned and operated a Victoria's Secret store located at Salem Center, 401 N. Center Street, NE, Salem, Oregon.

5.

On or about June 19, 2017, Plaintiff Alma Garcia was shopping at the Victoria's Secret store located in the Salem Center when a shelf fell on Plaintiff Alma Garcia causing injuries as set forth hereafter.

6.

At the aforementioned time and place, Defendants were negligent in one or more of the following particulars:

(a) In failing to properly secure the shelving unit;

(b) In knowing the shelving unit was not properly secured and failing to use reasonable diligence to properly secure the shelving unit; and/or

(c) In not exercising reasonable diligence to discover the shelving unit was not properly secured and properly securing it; and/or

(d) In failing to advise Plaintiff and other patrons that shelving units were not properly secured.

7.

As a direct result of Defendants' negligence, Plaintiff sustained the following permanent injuries:

(a) A pulling and straining of the tissues, muscles, nerves, and ligaments of her neck;

(b) A pulling and straining of the tissues, muscles, nerves, and ligaments of her back;

2 – COMPLAINT

(c) A pulling and straining of the tissues, muscles, nerves, and ligaments of her shoulders;

(d) Chronic right shoulder pain;

(e) Left leg pain;

(f) Right wrist/hand pain;

(g) Right median neuropathy at the wrist;

(h) Right elbow pain;

(i) Right ulnar neuropathy at the elbow;

(j) Right arm pain and numbness;

(k) Left buttock pain;

(l) Bruising to left hip;

(m) Headaches; and

(n) Mental and physical pain and suffering.

8.

As a direct result of Defendant's negligence, Plaintiff has incurred gross reasonable and necessary hospital and medical expenses in the amount of $35,000 to her economic damage.

9.

As a direct result of Defendant's negligence, Plaintiff has incurred loss of wages in an amount to be determined at trial.

10.

As a result of Defendant's negligence, Plaintiff has sustained non-economic damages in the sum of $100,000.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

3 – COMPLAINT

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895

(a) Total economic damages in the sum of $35,000;

(b) Non-economic damages in the sum of $100,000; and

(c) Plaintiff's costs and disbursements.

LAW OFFICES MICHAEL B. DYE

___s/ Michael B Dye_____
Michael B. Dye, OSB #700423
Of Attorneys for Plaintiff
michaelbdye@yahoo.com

4 – COMPLAINT

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895

6/18/2019 2:32 PM
19CV27285

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

ALMA GARCIA, )
                Plaintiff, ) Case No. 19CV27285
)
vs. ) PLAINTIFF'S MOTION TO
) DISQUALIFY JUDGE CLAUDIA
VICTORIA'S SECRET STORES, LLC, and L ) M. BURTON
BRANDS, INC., )
)
                Defendants. )
)

    Alma Garcia, the Plaintiff, by and through her attorney Michael B. Dye, moves the Court for an order for disqualification of Judge, removing the Honorable Claudia M. Burton from these proceedings.

    This motion is based upon the provisions of ORS 14.210 through 14.270 and the declaration of Michael B. Dye attached hereto.

    Dated this 18th day of June, 2019

                                    LAW OFFICES MICHAEL B. DYE

                                    ___s/ Michael B Dye_____
                                    Michael B. Dye, OSB #700423
                                    Of Attorneys for Plaintiff
                                    michaelbdye@yahoo.com

1 – MOTION TO DISQUALIFY JUDGE

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| ALMA GARCIA, | ) |
|     Plaintiff, | ) Case No. 19CV27285 |
| vs. | ) DECLARATION OF MICHAEL B. DYE<br>) IN SUPPORT OF PLAINTIFF'S<br>) MOTION TO DISQUALIFY JUDGE |
| VICTORIA'S SECRET STORES, LLC, and L BRANDS, INC., | ) CLAUDIA M. BURTON |
|     Defendants. | ) |

I, Michael B. Dye, attorney for Plaintiff Alma Garcia, do declare as follows:

I believe that the Plaintiff cannot have a fair proceeding before the Honorable Claudia M. Burton.

I make this declaration in support of the motion to disqualify Judge Claudia M. Burton.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated this 18th day of June, 2019

LAW OFFICES MICHAEL B. DYE


        s/ Michael B Dye
Michael B. Dye, OSB #700423
Of Attorneys for Plaintiff
michaelbdye@yahoo.com

1 – DECLARATION OF MICHAEL B DYE IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY JUDGE

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895



**THIRD JUDICIAL DISTRICT**
**MARION COUNTY CIRCUIT COURT**

STATE OF OREGON
Marion County Circuit Courts
JUN 18, 2019
FILED

Read carefully. If you do not comply with the following, your case will be dismissed.

Garcia v. Victoria's ~~Secret~~ Stores LLC; All Others

Case Number: 19CV27285    Date: 6-18-19

Verified Correct Copy of Original 6/19/2019

19CV27285
ASTJ
Assignment – Trial Judge
11235661

### THIS CASE HAS BEEN ASSIGNED TO:

- ☐ Judge Donald D. Abar (503) 585-4939
- ☐ Judge Thomas M. Hart (503) 584-7749
- ☐ Judge Sean E. Armstrong (503) 588-5026
- ☐ Judge Mary M. James (503) 373-4303
- ☐ Judge Channing Bennett (503) 588-7950
- ☐ Judge David E. Leith (503) 588-5160
- ☒ Judge Audrey J. Broyles (503) 588-5492
- ☐ Judge Lindsay R. Partridge (503) 588-5028
- ☐ Judge Claudia M. Burton (503) 584-7713
- ☐ Judge Cheryl A. Pellegrini (503) 566-2974
- ☐ Judge Daniel J. Wren (503) 588-8485
- ☐ Judge Tracy A. Prall (503) 588-5030
- ☐ Judge Courtland Geyer (503) 373-4445
- ☐ Judge Susan M. Tripp (503) 373-4361

**If a party served with a summons intends to contest this matter, that party must file a response, or other appearance, as instructed in the summons.**

To change judges, a party must notify the court by 5pm on the day they receive this notice. Contact the court for a notice form. The party must then file a motion and affidavit with the court no later than 5pm on the next judicial day. ORS 14.260(4) and 14.270.

A status conference will be set after the party served has filed an appearance. All attorneys must appear at the status conference with their calendars. If parties do not have legal representation, they are to appear at the status conference.

If the Plaintiff has not filed a Return or Acceptance of Service by the 63rd day after the filing of the complaint, the case may be dismissed for want of prosecution 28 days later. If, proof of service is filed by the 91st day from the filing of the complaint, and no default is later filed, the case will be dismissed 119 days from the date of the filing of the complaint.

Follow these instructions carefully and refer to the Uniform Trial Court Rules for further information or clarification. All correspondence or other communication shall be directed to the assigned Judge at the following address: Marion County Circuit Court, PO Box 12869, Salem, Oregon 97309-0869.



- ☐ Assignment following standard procedure.
- ☒ Random assignment following the standard procedure.
- ☐ Random assignment at the request of: _____

CASE ASSIGNMENT NOTICE    Page 1 of 1    FC(2/22/19)

**Exhibit A**
**Page 9 of 20**

19CV27285

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MARION

| | |
|---|---|
| ALMA GARCIA, | ) |
|       Plaintiff, | ) Case No. 19CV27285 |
| vs. | ) ORDER DISQUALIFYING JUDGE |
| VICTORIA'S SECRET STORES, LLC, and L BRANDS, INC., | ) CLAUDIA M. BURTON |
|       Defendants. | ) |

Based upon Plaintiff's Motion to Disqualify Judge Claudia M. Burton submitted by the attorney for the Plaintiff thereto:

IT IS ORDERED, that the Honorable Claudia M. Burton is disqualified and is removed from the above-referenced case.

Signed: 6/21/2019 10:36 AM

_____
Circuit Court Judge Tracy A. Prall

Presented by:
Michael B. Dye    OSB#700423
Attorney for Plaintiff
(503) 581-5562
(503) 558-5895/fax
michaelbdye@yahoo.com

1 – ORDER DISQUALIFYING JUDGE

LAW OFFICES OF
**MICHAEL B. DYE**
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895

CERTIFICATE OF READINESS

The proposed order is ready for judicial signature because service is not required pursuant to subsection (3) of this rule, or by statute, rule, otherwise. Pursuant to ORCP 9, Defendant is not required to be served because Defendant has not provided Plaintiff with a written notice of intent to appear or filed an appearance in this case.

Dated this 18th day of June, 2019

LAW OFFICES MICHAEL B. DYE

___s/ Michael B Dye_____
Michael B. Dye, OSB #700423
Of Attorneys for Plaintiff
michaelbdye@yahoo.com

2 – ORDER DISQUALIFYING JUDGE

LAW OFFICES OF
**MICHAEL B. DYE**
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
PH (503) 581-5562  FAX (503) 588-5895

_Verified Correct Copy of Original 6/25/2019._

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MARION
100 High St. NE  Salem Oregon  97301

STATE OF OREGON
Marion County Circuit Courts
JUN 25 2019
FILED

Case No: 19CV27285

Alma Garcia
                                   Plaintiff

   v.

Victoria's Secret Stores, LLC; L Brands, Inc.
                                   Defendant

**ORDER OF RECUSAL**

I hereby recuse myself from service as a judicial officer on this case and any of its proceedings for the following reason:

☒ conflict
☐ financial interest in the outcome
☐ personal knowledge
☐ other reason

June 25, 2019                    Audrey J Boyd



**THIRD JUDICIAL DISTRICT**
**MARION COUNTY CIRCUIT COURT**

STATE OF OREGON
Marion County Circuit Courts
JUN 25 2019
FILED

Read carefully. If you do not comply with the following, your case will be dismissed.

_Garcia_ v. _Victoria's Secret_

Case Number: __19CV27285__    Date: __6/25/19__

Verified Correct Copy of Original 6/27/2019

### THIS CASE HAS BEEN ASSIGNED TO:

- ☐ Judge Donald D. Abar (503) 585-4939
- ☒ Judge Sean E. Armstrong (503) 588-5026
- ☐ Judge Channing Bennett (503) 588-7950
- ☐ Judge Audrey J. Broyles (503) 588-5492
- ☐ Judge Claudia M. Burton (503) 584-7713
- ☐ Judge Daniel J. Wren (503) 588-8485
- ☐ Judge Courtland Geyer (503) 373-4445

- ☐ Judge Thomas M. Hart (503) 584-7749
- ☐ Judge Mary M. James (503) 373-4303
- ☐ Judge David E. Leith (503) 588-5160
- ☐ Judge Lindsay R. Partridge (503) 588-5028
- ☐ Judge Cheryl A. Pellegrini (503) 566-2974
- ☐ Judge Tracy A. Prall (503) 588-5030
- ☐ Judge Susan M. Tripp (503) 373-4361

**If a party served with a summons intends to contest this matter, that party must file a response, or other appearance, as instructed in the summons.**

To change judges, a party must notify the court by 5pm on the day they receive this notice. Contact the court for a notice form. The party must then file a motion and affidavit with the court no later than 5pm on the next judicial day. ORS 14.260(4) and 14.270.

A status conference will be set after the party served has filed an appearance. All attorneys must appear at the status conference with their calendars. If parties do not have legal representation, they are to appear at the status conference.

If the Plaintiff has not filed a Return or Acceptance of Service by the 63rd day after the filing of the complaint, the case may be dismissed for want of prosecution 28 days later. If, proof of service is filed by the 91st day from the filing of the complaint, and no default is later filed, the case will be dismissed 119 days from the date of the filing of the complaint.

Follow these instructions carefully and refer to the Uniform Trial Court Rules for further information or clarification. All correspondence or other communication shall be directed to the assigned Judge at the following address: Marion County Circuit Court, PO Box 12869, Salem, Oregon 97309-0869.

- ☒ Assignment following standard procedure.
- ☐ Random assignment following the standard procedure.
- ☐ Random assignment at the request of: _____

19CV27285
ASTJ
Assignment – Trial Judge
11267247

CASE ASSIGNMENT NOTICE        Page 1 of 1        FC(2/22/19)

**Exhibit A**
**Page 13 of 20**

_Verified Correct Copy of Original 6/27/2019._

ACCOUNTING
588-5601
CLERK'S OFFICE
588-5105
COURT ADMINISTRATION
588-5368
DISPUTE RESOLUTION SERVICES
588-7988 Fax 589-3224
JURY MANAGEMENT
588-5371
PROBATE
588-5141
RECORDS
588-5101



CRIMINAL COURT
4000 Aumsville Hwy
Fax 588-6822 TTY 588-6820
JUDICIAL STAFF
588-8484
588-8485
CLERK'S OFFICE
588-8489
RELEASE OFFICE
588-8560

JUVENILE COURT
3030 Center St NE
Fax 361-2676 TTY 585-4946
373-3777

**CIRCUIT COURT**
**THIRD JUDICIAL DISTRICT**
Marion County Courthouse
100 High St NE
PO Box 12869
Salem, OR 97309-0869
Fax 373-4360 TTY 373-4444

June 27, 2019

*Michael Dye*
*via email only*

  Re: Case name: *Garcia v Victoria's Secret Stores, LLC, et al*
     Marion County Case No.: 19CV27285

Dear Counsel:

Our records show your Complaint was filed on June 18, 2019.

I write to make you aware of the following deadlines:

- August 20, 2019: Plaintiff must perfect service on all defendants.
- September 17, 2019: Plaintiff must compel all defendants to appear.

In accord with UTCR 7.020, the court will issue 28-day notices of dismissal as a reminder to perfect service and compel defendants to appear. Once all defendants have appeared, the court will set a trial date within a year of the filing date as required by UTCR 7.020(5).

While I certainly welcome the extension of professional courtesies among counsel where appropriate, I also encourage you to compel all defendants to appear and to initiate the discovery process early enough that you will be able to complete discovery and any alternative dispute resolution you may wish to pursue in advance of the one-year deadline for trial. The court generally does not grant trial postponement motions for failure to complete discovery or to pursue alternative dispute resolution except under extraordinary circumstances.

Once all defendants have appeared, the court will schedule a case management hearing. In the meantime, Judicial Assistant Tracy Chance and Clerk Lee Gilliard are both available at (503) 588-5026 to answer any procedural questions you may have.

          Sincerely,

          *Sean E. Armstrong*

          Honorable Sean E. Armstrong

SEA/tmc

FC(3/23/15)

# MARION COUNTY SHERIFF'S OFFICE
## JASON MYERS, SHERIFF

*Verified Correct Copy of Original 7/23/2019*

*JUL 12 2019 FILED — Marion County Circuit Courts Oregon*

MARION COUNTY CIRCUIT COURT

| STATE OF OREGON | ) ss. | Court Case/DA # : 19CV27285 |
|---|---|---|
| County of Marion | ) | CSP Case # : |
| | | Sheriff's Case #: 1903125 |

## Sheriff's Return of Service

I hereby certify that I served the within SUMMONS & COMPLAINT within the said State and County at 2:50 PM on the 10th day of July, 2019, on the within named L BRANDS, INC, by delivering a true copy to RYLYNN POOLE WITH CT CORPORATION, REGISTERED AGENT at 780 COMMERCIAL ST SE STE 100, SALEM in the State of Oregon.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Jason Myers, Sheriff
Marion County, Oregon

By  BRIAN N. WALLACE
    CHIEF CIVIL DEPUTY
By  *[signature]*

Fee: $45.00

19CV27285
PRSV
Proof – Service
11400316

In the ____CIRCUIT____ Court of the State of Oregon

for the County of ____MARION____

ALMA GARCIA,

vs.                                          Plaintiff         No. 19CV27285

VICTORIA'S SECRET STORES, LLC, and
L BRANDS, INC.,                                               SUMMONS

                                             Defendant

To  CT CORPORATION, Registered Agent
    L Brands, Inc.
    780 Commercial Street SE, Suite 100
    Salem, OR  97301
                                                              ....Defendant....

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately.

SIGNATURE OF OREGON RESIDENT ATTORNEY
MICHAEL B. DYE    OSB#70042
456 State Street, Suite 200
TYPE OR PRINT NAME OF RESIDENT ATTORNEY
Salem, OR   97301
(503) 581-5562

STATE OF OREGON;
County of ____Marion____ } ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Post office address at which papers in the above entitled action may be served by mail.

ATTORNEY(S) FOR PLAINTIFF(S)

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
TELEPHONE (503) 581-5562

FORM No. 190—CIRCUIT OR DISTRICT COURT SUMMONS

## PROOF OF SERVICE

STATE OF ........................................................ } ss.
County of ......................................................

I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of said summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

Upon .............................................................................., by delivering such true copy to him/her, personally and in person, ........................................................................................................, on................................, 19 ......, at................o'clock .....M.

Upon .............................................................................., by delivering such true copy to him/her, personally and in person, ........................................................................................................, on................................, 19 ......, at................o'clock .....M.

### Substituted Service Upon Individual(s)**

Upon ...................................................................................................., by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: ........................................................................................................................................,
to ................................................................................................................................................................., who is a person over the age of 14 years and a member of the household of the person served on ........................................, 19 ......, at. .............o'clock .....M.

Upon ...................................................................................................., by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: ........................................................................................................................................,
to ................................................................................................................................................................., who is a person over the age of 14 years and a member of the household of the person served on ........................................, 19 . ..., at............ .o'clock .....M.

### Office Service Upon Individual(s)**

Upon ...................................................................................., at the office which he/she maintains for the conduct of business at ......................................................................................................................................................................,
by leaving such true copy with ........................................................................................................................., the person who is apparently in charge, on ................................................, 19 ......, during normal working hours, at to-wit: ............ o'clock, .....M.

### Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name

Upon ............................................................................................................................................................................., by
   (NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)

   (a) delivering such true copy, personally and in person, to ........................................................................ who is a/the
       *............................................................... thereof; OR
   (b) leaving such true copy with ............................................................., the person who is apparently in charge of the
       office of ..................................................................., who is a/the * ................................................. thereof;

       *Specify registered agent, officer (by title), director, general partner, managing agent.

at ................................................................................................................, on.................................., 19 .. , at ..............o'clock .....M.

DATED........................................, 19..........        I further certify that I am a competent person 18 years of age or older and
                                                                a resident of the state of service or the State of Oregon, and that I am not
                                                                a party to nor an officer, director or employee of, nor attorney for any
................................................................                party, corporate or otherwise; that the person, firm or corporation served
                    SHERIFF                                     by me is the identical person, firm or corporation named in the action.
By...................................................................        DATED ........................................, 19 ........
                    DEPUTY

                                                                ........................................................
                                                                            SIGNATURE

                                                                ........................................................
                                                                          TYPE OR PRINT NAME

The signature line on the left should be used only by a sheriff or deputy of a county in Oregon; all other servers complete certificate on the right.

The Proof of Service above contains most, but not all, of the methods of service. For example, this form does not include proof of service on a minor or incompetent person. See ORCP 7D. (2) and 7 D. (3) for complete service methods on particular parties.

** Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed a true copy of the summons and complaint to the defendant at the defendant's dwelling house or usual place of abode, together with a statement of the time, date and place at which such service was made. Use SN Form No. 1149 or equivalent.

PAGE 2—SUMMONS



# MARION COUNTY SHERIFF'S OFFICE
### JASON MYERS, SHERIFF

*Verified Correct Copy of Original 7/23/2019*

*JUL 12 2019 FILED — State of Oregon Circuit Courts*

## MARION COUNTY CIRCUIT COURT

| STATE OF OREGON | ) | Court Case/DA # : 19CV27285 |
|---|---|---|
| County of Marion | ) ss. | CSP Case # : |
| | ) | Sheriff's Case #: 1903124 |

### Sheriff's Return of Service

I hereby certify that I served the within SUMMONS AND COMPLAINT within the said State and County at 2:50 PM on the 10th day of July, 2019, on the within named VICTORIA'S SECRET STORES LLC, by delivering a true copy to RYLYNN POOLE WITH CT CORPORATION, REGISTERED AGENT at 780 COMMERCIAL ST SE STE 100, SALEM in the State of Oregon.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Jason Myers, Sheriff
Marion County, Oregon

By  BRIAN N. WALLACE
    CHIEF CIVIL DEPUTY

By  _(signature)_

Fee: $45.00

19CV27285
PRSV
Proof – Service
11400317

In the ......CIRCUIT............ Court of the State of Oregon

for the County of........MARION......................

..........ALMA GARCIA,..........................................................................

vs.                                                    *Plaintiff*

No. 19CV27285

..........VICTORIA'S SECRET STORES, LLC, and..........
..........L BRANDS, INC.,..........................................

SUMMONS

*Defendant*

To ......CT CORPORATION, Registered Agent..................................
..........Victoria's Secret Stores, LLC..................................
..........780 Commercial Street SE, Suite 100..................................
..........Salem, OR  97301..................................................................Defendant........

*Verified Correct Copy of Original 7/23/2019*

You are hereby required to appear and defend the complaint filed against you in the above entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

**NOTICE TO THE DEFENDANT: READ THESE PAPERS CAREFULLY!**

You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the plaintiff does not have an attorney, proof of service upon the plaintiff.

If you have any questions, you should see an attorney immediately.

SIGNATURE OF OREGON RESIDENT ATTORNEY

MICHAEL B. DYE        OSB#70042
456 State Street, Suite 200

TYPE OR PRINT NAME OF RESIDENT ATTORNEY

Salem, OR    97301
(503) 581-5562

STATE OF OREGON;
County of ......Marion.............................. } ss.

I, the undersigned attorney of record for the plaintiff, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

ATTORNEY OF RECORD FOR PLAINTIFF(S)

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Post office address at which papers in the above entitled action may be served by mail.

ATTORNEY(S) FOR PLAINTIFF(S)

LAW OFFICES OF
MICHAEL B. DYE
456 STATE STREET, SUITE 200
SALEM, OREGON 97301
TELEPHONE (503) 581-5562

FORM No. 190—CIRCUIT OR DISTRICT COURT SUMMONS

## PROOF OF SERVICE

STATE OF .................................................. } ss.
County of ................................................ }

I hereby certify that I made service of the foregoing summons upon the individuals and other legal entities to be served, named below, by delivering or leaving true copies of said summons and the complaint mentioned therein, certified to be such by the attorney for the plaintiff, as follows:

### Personal Service Upon Individual(s)

Upon ........................................, by delivering such true copy to him/her, personally and in person, at ........................................, on ................, 19......., at....... o'clock ....M.

Upon ........................................, by delivering such true copy to him/her, personally and in person, at ........................................, on................, 19......., at.............o'clock ....M.

### Substituted Service Upon Individual(s)**

Upon ........................................, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: ........................................, to ........................................, who is a person over the age of 14 years and a member of the household of the person served on ..............., 19 ..., at............o'clock ....M.

Upon ........................................, by delivering such true copy at his/her dwelling house or usual place of abode, to-wit: ........................................, to ........................................, who is a person over the age of 14 years and a member of the household of the person served on ..............., 19 ..., at............o'clock ....M.

### Office Service Upon Individual(s)**

Upon ........................................, at the office which he/she maintains for the conduct of business at ........................................, by leaving such true copy with ........................................, the person who is apparently in charge, on ..............., 19......., during normal working hours, at to-wit: ......... o'clock, .....M.

### Service on Corporations, Limited Partnerships or Unincorporated Associations Subject to Suit Under a Common Name

Upon ........................................, by
(NAME OF CORPORATION, LIMITED PARTNERSHIP, ETC.)

(a) delivering such true copy, personally and in person, to ........................................ who is a/the
*........................................ thereof; OR

(b) leaving such true copy with ........................................, the person who is apparently in charge of the office of ........................................, who is a/the * ........................................ thereof;

*Specify registered agent, officer (by title), director, general partner, managing agent.

at ........................................, on..............., 19 ...., at ............ o'clock ....M.

DATED........................................, 19 ........

........................................
SHERIFF

By........................................
DEPUTY

I further certify that I am a competent person 18 years of age or older and a resident of the state of service or the State of Oregon, and that I am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; that the person, firm or corporation served by me is the identical person, firm or corporation named in the action.

DATED........................................, 19........

........................................
SIGNATURE

........................................
TYPE OR PRINT NAME

The signature line on the left should be used only by a sheriff or deputy of a county in Oregon; all other servers complete certificate on the right.

The Proof of Service above contains most, but not all, of the methods of service. For example, this form does not include proof of service on a minor or incompetent person. See ORCP 7D. (2) and 7 D. (3) for complete service methods on particular parties.

** Where substituted or office service is used, the plaintiff, as soon as reasonably possible, shall cause to be mailed a true copy of the summons and complaint to the defendant at the defendant's dwelling house or usual place of abode, together with a statement of the time, date and place at which such service was made. Use SN Form No. 1149 or equivalent.

PAGE 2—SUMMONS

Exhibit A
Page 20 of 20